**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PARK PLACE OF BARRINGTON SHOPPING CENTER, LTD., an Illinois corporation, and ANTONIO D'AGOSTARO, | ) ) ) ) ) | Case No. 1:26-cv-7210 |
| Plaintiff, | ) ) | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** |
| v. | ) ) | **(Diversity Jurisdiction)** |
| FIDELITY AND GUARANTY INSURANCE COMPANY and TRAVELERS, | ) ) ) ) | CIRCUIT COURT OF LAKE COUNTY, ILLINOIS |
| Defendant. | ) | No. 2026 LA 000357 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants, FIDELITY AND GUARANTY INSURANCE COMPANY ("Fidelity") and "TRAVELERS"[1], by and through their attorneys, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby remove to this Court the state court action described below:

1.      On April 28, 2026, Plaintiffs, PARK PLACE OF BARRINGTON SHOPPING CENTER, LTD. ("Park Place"), and ANTONIO D'AGOSTARO ("D'Agostaro"), filed an action in the Nineteenth Judicial Circuit in Lake County, Illinois, under Case No. 2026 LA 000357, against Defendants.  Park Place's Complaint is attached hereto as Exhibit A and incorporated herein by reference.

---

[1]Fidelity and Guaranty Insurance Company ("Fidelity") is 100% owned by St. Paul Fire and Marine Insurance Company, which is 100% owned by The Travelers Companies, Inc.  See separately filed Corporate Disclosure Statement.  There is no entity by the name of "Travelers," which is a trade name and trademark used by multiple different insurance companies and is not a legal entity.  It is unclear from the pleadings which Travelers entity Plaintiffs have attempted to name as a defendant in this case.

2.      On May 19, 2026, Travelers was served with this lawsuit at its Connecticut office, located at One Tower Square in Hartford, Connecticut 06183.

3.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed within thirty (30) days after Defendants' receipt on or after May 19, 2026, of notice of the legal action filed against them by Park Place.

4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Travelers pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.      At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff Park Place was and is an Illinois corporation with its principal places of business in the State of Illinois.

6.      At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff D'Agostaro was and is an individual and a citizen of the State of Illinois.

7.      At the time the Complaint was filed, and at all times subsequent thereto, Defendant Fidelity was and is an Iowa corporation with its principal place of business in the State of Connecticut.

8.      As noted in footnote 2, there is no legal entity with the name "Travelers." None of the legal entities in the same corporate family as Fidelity is a citizen of Illinois as each one is incorporated in and has a principal place of business in a state other than Illinois.

9.      As Park Place's Complaint alleges damages in excess of $308,734.89 (paragraph 19), the amount in controversy exceeds $75,000.

WHEREFORE, Defendants, FIDELITY AND GUARANTY INSURANCE COMPANY and "TRAVELERS" pray that the above-entitled cause, currently pending in the Nineteenth

Judicial Circuit, Lake County, Illinois, under Case No. 2026 LA 000357, be removed therefrom

to the United States District Court for the Northern District of Illinois and that this cause proceed in

this Court as an action properly removed thereto.

Respectfully submitted,

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com

Attorneys for Defendants,
FIDELITY AND GUARANTY INSURANCE
COMPANY and "TRAVELERS"

## CERTIFICATE OF SERVICE

I, the undersigned, on oath, subject to penalty of perjury, state that I served the Notice of Removal and Appearance, by emailing to all counsel of record on June 18, 2026, at the email address set forth below.

Milton A. Svec Associates
10526 West Cermak Road, Suite 114
Westchester, IL 60154
office@svec.us

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com