# EXHIBIT A

**FILED**
**4/28/2026 9:18 AM**
**ERIN CARTWRIGHT WEINSTEIN**
**Clerk of the Circuit Court**
**Lake County, Illinois**

STATE OF ILLINOIS )
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT,
LAW DIVISION, LAKE COUNTY, ILLINOIS

PARK PLACE OF BARRINGTON )
SHOPPING CENTER, LTD., )
an Illinois corporation, and )
ANTONIO D'AGOSTARO, )
　　　　　　　　　　　 )
　　　　　　 Plaintiffs )
　　　　　　　　　　　 )
　　 v. )
　　　　　　　　　　　 )
　　　　　　　　　　　 )
　　　　　　　　　　　 )
　　　　　　　　　　　 )
FIDELITY AND GUARANTY )
INSURANCE COMPANY AND )
TRAVELERS, )
　　　　　　 Defendant )

Case No. __2026LA00000357__

Amount Claimed:

$308,784.89 plus
Attorney Fees,
Expenses & Costs

**NOTICE**
**PURSUANT TO LCR - 2-2.14**
THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE
IN COURTROOM __C202__ ON
__JULY 28, 2026__ AT __9:00__ Ⓐ.M./P.M.
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR
AN ORDER OF DEFAULT BEING ENTERED.

## COMPLAINT AT LAW
## BREACH OF CONTRACT

NOW COMES the Plaintiffs, PARK PLACE OF BARRINGTON SHOPPING CENTER,

LTD., an Illinois corporation and ANTONIO D'AGOSTARO (hereinafter referred to as Plaintiffs),

by and through their attorneys, MILTON A. SVEC ASSOCIATES, and complaining of FIDELITY

AND GUARANTY INSURANCE COMPANY (hereinafter referred to as FIDELITY) and

TRAVELERS (collectively referred to as Defendant), states as follows:

### NATURE OF COURSE OF ACTION

1. This lawsuit relates to the breach of an insurance contract between Plaintiffs and Defendant;

2. At all times relevant to this lawsuit Plaintiffs conduct business in Lake County, Illinois;

3. At all times relevant to this lawsuit Defendant conduct business in Lake

County, Illinois;

4. At all times relevant to this lawsuit the damaged property was in Lake County, Illinois.

## PARTIES

5. That Plaintiff, PARK PLACE OF BARRINGTON SHOPPING CENTER, LTD, was formed in the State of Illinois and does business in the County of Lake, State of Illinois;

6. Upon information and belief Defendant conducts business in the County of Lake County, State of Illinois.

## FACTS SUPPORTING CAUSE OF ACTION

7. Plaintiff repeats and realleges paragraphs 1-6 as if fully restated herein;

8. That on or about March 31, 2023, Defendant issued insurance policy number BIP-5W623651-23-42 which was effective from March 31, 2023-March 31, 2024 and insured Plaintiff's property located at 455 W. Northwest Hwy, Barrington, Illinois 60010;

9. That on February 27, 2024, Plaintiffs' aforesaid property suffered hail and wind damage;

10. That on May 14, 2024, Plaintiffs by and through their agent, JOANNA WARD with IGR Public Adjusters LLC submitted a claim to Defendant for the aforesaid damage;

11. That Defendant, Travelers, estimated the repairs at a replacement cost value of $61,922.31, alleging only a portion of the roof was damaged;

12. That Plaintiffs submitted an estimate with a replacement cost value of $334, 661.000 alleging the entire roof needs to be replaced;

13. Pursuant to the aforesaid policy terms if the parties disagree on the amount of loss either party may make written demand for an appraisal of loss;

14. That Plaintiffs made written demand for an appraisal of loss;

15. That Plaintiffs and Defendant each selected their own appraiser and the two appraisers selected an umpire;

16. That an appraisal award was rendered on or about July 17, 2025, setting forth a replacement cost value of $73,360.24, Summary for Dwelling and $235,424.65 Code Upgrade. See award attached hereto as Exhibit 1;

17. On September 3, 2025. Defendant alleged that the appraisal award for Code Upgrade in the amount of $235,424.65, was to replace undamaged areas of the roof to comply with the municipal code and therefore is subject to a limit in coverage of $25,000.00;

18. Plaintiffs allege that the entire roof was damaged as a result of a covered loss and the cost to replace the entire roof is $308,784.89;

19. That Plaintiffs have on numerous occasions made demand on Defendant to comply with the terms of the insurance policy and the appraisal award by payment of the $308,784.89 to Plaintiffs;

20. That despite Plaintiffs demands Defendant has failed and refused to pay the sum of $308,784.89 to Plaintiffs;

21. That Plaintiffs have been required to spend additional sums of money to repair leaks in the roof during the pendency of Plaintiffs' claim;

22. That Defendant s failure and refusal to pay Plaintiffs' claim is in bad faith by failing to explain their position to Plaintiffs,

WHEREFORE, PLAINTIFFS PRAY for Judgment against Defendants in the amount of $308,734.89, plus costs and expenses incurred by Plaintiffs and all sums the Court deems just and proper.

MILTON A. SVEC ASSOCIATES, Attorneys for
PARK PLACE OF BARRINGTON SHOPPING
CENTER, LTD., an Illinois Corporation, and
ANTONIO D'AGOSTARO

By: _____
David M. Svec

## Verification by Certification

Under penalties as provided by law pursuant to Section 1/109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he believes the same to be true.

MILTON A. SVEC ASSOCIATES, Attorneys for
PARK PLACE OF BARRINGTON SHOPPING
CENTER, LTD., an Illinois Corporation, and
ANTONIO D'AGOSTARO

By _____
ANTONINO D'AGOSTARO

Milton A. Svec Associates
Attorneys for Plaintiff
10526 West Cermak Road, Suite 114
Westchester, Illinois 60154
Telephone: (708) 788-1200
Email: office@svec.us
Attorney No. 71294
ARDC No. 3126434

A TRUE COPY ATTEST
KEITH D...
CON...

Page 4 of 5

## CERTIFICATE

I have read the pleading, motion or other paper and to the best of my knowledge, information and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation pursuant to Supreme Court Rule 137.

David M. Svec

Appraisal Award

**Insurance Company**

| | |
|---|---|
| **Name:** | Travelers Insurance Company |
| **Street:** | PO Box 650293 |
| **City:** | Dallas, TX 75625 |

**Claim No:** F1P7539
**Loss Date:** 4/4/2023

**Insured**

| | |
|---|---|
| **Name:** | Park Place of Barrington |
| **Street:** | 455 W Northwest Hwy |
| **City:** | Barrington, IL 60010 |

**Cause:** Hail

| ITEM No. | Description | Replacement Cost Value | Depreciation Value | Actual Cash Value |
|---|---|---|---|---|
| 1. | Summary for Dwelling | $73,360.24 | $4,651.49 | $69,708.75 |
| 2. | Code Upgrade | $235,424.65 | $235,424.65 | $0.00 |
| | Grand Total | $308,784.89 | $239,076.14 | $69,708.75 |

**CLARIFICATIONS, IF ANY:** Award is broken down by descriptions listed in the above table and attached estimate in Xactimate format. The insurance carrier needs to issue final settlement of proceeds based on the above figures, less any prior payments, deductibles, or any policy conditions or limitations.

We certify that we have conscientiously and impartially performed the duties assigned to us in accord with the appraisal provisions of the policy and do hereby award the amounts established above for the described loss.

**Witness our hands:**

_____
Umpire                                                          Date

_____
Insured Appraiser    Sarath Puthussery Jerome        07/27/2025
                                                                   Date

_____
Carrier Appraiser                                           7/17/2025
                                                                   Date
(A minimum of two signatures required for this award to be executed and to complete the panel)

"EXHIBIT 1"

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

FILED
4/28/2026 9:18 AM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

|  |  |
|---|---|
| PARK PLACE OF BARRINGTON SHOPPING CENTER, LTD, ANTONIO D'AGOSTARO | ) |
| Plaintiff(s) | ) |
| VS. | ) |
|  | ) |
| FIDELITY AND GUARANTY INSURANCE COMPANY AND TRAVELERS | ) |
| Defendant(s) | ) |

Gen No: _____

2026LA00000357

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

Pursuant to Supreme Court Rule 222 (B), counsel for the above-named plaintiff certifies that plaintiff seeks money damages in excess of Fifty Thousand and 00/100 Dollars ($50,000).

By

_____
Attorneys for Plaintiff

Prepared by:

Name: MILTON A. SVEC ASSOCIATES _____ Pro Se ☐

Address: 10526 W. CERMAK ROAD, STE. 114

City: WESTCHESTER State: IL

Phone. (708) 788-1200 Zip Code 60154

ARDC #: 3126434

Fax. (708) 788-7990

E-mail address. office@svec.us

#171-312 (Rev 12/17)